UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-20543-CIV-MARTINEZ-OTAZO-REYES

JACQUELINE FRIDMAN,
individually and on behalf of all
others similarly situated,

       Plaintiff,

vs.

DEM JET, INC. d/b/a Jets.com,
a New York corporation,

       Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Dismissal [ECF No. 7]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of April, 2018.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record